COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



JACOB O'BRIAN,       §

           Appellant,       §

v.       §

THE STATE OF TEXAS,       §

           State.       §

      §

No. 08-14-00222-CR

Appeal from the

County Court

of Terrell County, Texas

(TC# 1878)

# **O R D E R**

The Court GRANTS the Court Reporter's fourth request for an extension of time within which to file the Reporter's Record until **November 19, 2014.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Patricia Phelps, Court Reporter for the County Court, for Terrell County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **November 19, 2014.**

IT IS SO ORDERED this 4th day of November, 2014.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.